IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL TODD CROWLEY and WANDA CROWLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-1090 ) |
| PATRICK THOMPSON, MID SOUTH TRANSPORT, INC., | ) ) ) ) |
| Defendants. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

    1.    Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on January 2, 2007 and was attended by:

        a.    William B. Alverson, Jr., attorney for plaintiffs; and

        b.    Chad Godwin, attorney for defendants.

    2.    **Pre-Discovery Disclosures.**  The parties will exchange the information required by Local Rule 26.1(a)(1) by January 28, 2007.

    3.    **Discovery Plan.**  The parties jointly propose to the Court the following discovery plan:

        a.    Discovery will be sought on the following subjects: liability and damages.

        b.    All discovery will be commenced in time to be completed by September 28, 2007;

        c.    Maximum of 50 interrogatories by each party to any other party. Maximum of 60 requests for production of documents by each party to any other party. Maximum of 20 requests for admissions by each party to any other party. Responses due in thirty (30) days;

        d.    Maximum of 12 depositions by each party and limited to a maximum of 5 hours;

        e.    Reports from retained experts under Rule 26(a)(3) due:

            i.    From plaintiff by August 10, 2007;

        ii.       From defendant by August 31, 2007; and

    f.      Supplementation under Rule 26(e) as provided by the Federal Rules of Civil Procedure. In no event later than August 31, 2007.

4. **Other Items.**

    a.      The parties do not request a conference with the Court before entry of the scheduling order;

    b.      The parties should be allowed until March 16, 2007 to join additional parties and to amend the pleadings;

    c.      All potentially dispositive motions should be filed by October 26, 2007;

    d.      Settlement is being evaluated; mediation is likely;

    e.      The parties request a final pretrial conference on November 19, 2007;

    f.      Final lists of trial evidence under Rule 26(a)(3) shall be filed and served as follows: by plaintiff 21 days before trial and by defendant 14 days before trial; and

    g.      The case should be ready for trial by December 17, 2007. Trial is currently expected to take approximately three days.

Respectfully submitted this the 3rd day of January, 2007.

                                                s/ William B. Alverson, Jr. and Erin Scotts
                                                Attorneys for Plaintiffs


                                                s/ Brett A. Ross and Chad S. Godwin
                                                Attorneys for Defendants