IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Mitchell Todd Crowley and Wanda Crowley )
 )
   Plaintiff, )
 )
v. ) CASE NO. cv-06-1090-WKW
 )
Patrick Thompson Midsouth Transport, )
 )
   Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Mitchell Todd and Wanda Crowley, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

7/17/2007
Date

s/William B. Alverson, Jr.
(Signature)

William B. Alverson, Jr.
(Counsel's Name)

Mitchell Todd and Wanda Crowley
Counsel for (print names of all parties)

Post Office Box 880
Andalusia, Alabama  36420
Address, City, State Zip Code

334-222-3177
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, William B. Alverson, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th____day of July_____ 20 07, to:

Mr. Brett A. Ross

Mr. Chad S. Godwin

Carr Allison

100 Vestavia Parkway

Birmingham, Alabama 35216


7/17/2007                                           s/William B. Alverson, Jr.
Date                                                Signature