IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MITCHELL TODD CROWLEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-1090-WKW |
| | ) | |
| | ) | |
| PATRICK THOMPSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Extend Scheduling Order (Doc. # 8), it is ORDERED that the motion is GRANTED. All deadlines and dates in the Scheduling Order (Doc. # 5) are EXTENDED for a period of 120 days. The trial date is CONTINUED **from December 10, 2007, to October 20, 2008**.

It is further ORDERED that the parties are to file a mediation report with the court on or before ten days following the conclusion of mediation.

DONE this 19th day of July, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE