IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL TODD CROWLEY and WANDA CROWLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NUMBER: 06-1090 ) |
| PATRICK THOMPSON, MIDSOUTH TRANSPORT, INC., | ) ) ) |
| Defendants. | ) |

## REPORT OF MEDIATOR

This matter was mediated by the undersigned mediator on July 26, 2007, and, through that mediation and subsequent conversations, the case was settled.

Respectfully submitted this the 9th day of August, 2007.

*/s/ Charles A. Stewart III*

Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

cc: William B. Alverson, Jr.
    Brett Ross

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

William B. Alverson, Jr.
Albrittons, Clifton, Alverson,
  Moody & Bowen
P.O. Box 880
Andalusia, AL  36420

Brett Ross
Carr Allison
100 Vestavia Parkway
Birmingham, AL  35216

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 9th day of August, 2007.

_____
OF COUNSEL