**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **MITCHELL TODD CROWLEY and WANDA CROWLEY,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) CASE NO. 2:06-cv-1090-WKW ) |
| **PATRICK THOMPSON and MIDSOUTH TRANSPORT, INC.,** | ) ) ) |
| **Defendants.** | ) |

## ORDER

The Report of Mediator (Doc. #13) was filed on August 10, 2007, advising that the case was settled. It is hereby ORDERED that the parties shall file a joint stipulation of dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1) **on or before August 30, 2007.**

Done this 14th day of August, 2007.

                                    /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE