IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MITCHELL TODD CROWLEY and WANDA CROWLEY,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **PATRICK THOMPSON and MIDSOUTH TRANSPORT, INC.,** | ) ) ) ) |
| **Defendants.** | ) |

CASE NO. 2:06-cv-1090-WKW

## ORDER

The parties are directed to inform the court of the status of this case **on or before September 12, 2007.**

DONE this 6th day of September, 2007.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE