IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL TODD CROWLEY and WANDA CROWLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. CV-06-1090-WKW ) |
| PATRICK THOMPSON, MID SOUTH TRANSPORT, INC., | ) ) ) ) |
| Defendants. | ) |

2007 SEP 12 A 9:46

DEBRA P. HACKETT, CLK
U.S) DISTRICT COURT
MIDDLE DISTRICT ALA

## JOINT STIPULATION FOR DISMISSAL

**COME NOW** counsel for all parties to this action and stipulate that all claims in the above-styled cause may be dismissed, with prejudice. Costs are to be taxed as incurred.

_____
William B. Alverson, Jr.
Attorney for Plaintiff
Albrittons, Clifton, Alverson,
  Moody & Bowden, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420

_____
Brett A. Ross
Attorney for Defendants
Carr, Allison, Pugh, Howard,
  Oliver & Sisson, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216